IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL SNYDER**, <br><br> *Plaintiff,* <br><br> v. <br><br> **DGL GROUP, LTD, et al.**, <br><br> *Defendants.* | **Case No. 2:22-cv-03869-JDW** |

### ORDER

**AND NOW**, this 12th day of May, 2023, upon notice that the Parties have settled the above-captioned matter, it is hereby **ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE**, pursuant to Local Rule of Civil Procedure 41.1(b). Each party shall bear his or its own costs and attorneys' fees.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.